**TENNESSEE GAS TRANSMISSION COMPANY, Movant,**

**v.**

**R. A. J. HULS et al., opposed.**

Court of Appeals of Kentucky.

Jan. 15, 1954.

D. L. Pendleton, Winchester, for appellant.

Harvey T. Lisle, Redwine & Redwine, Winchester, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Clark Circuit Court awarding opposed $1,750 in an action wherein movant condemned a right of way for a gas line.

Although there is a patent error in the verdict of the jury in itemizing the damages awarded, the total amount of the award is fully supported by the evidence.

Motion for appeal denied.

Judgment affirmed.